# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAR -5 AM 11: 41

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Maurice Wilson | ) Case No: CR496-00076-003 | |
| | ) USM No: 49683-004 | |
| Date of Previous Judgment: October 9, 1996 | ) William H. Godlove | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __214__ months **is reduced to** __172 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__         Amended Offense Level: __38__
Criminal History Category: __I__       Criminal History Category: __I__
Previous Guideline Range: __292__ to __365__ months   Amended Guideline Range: __235__ to __293__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __October 9, 1996,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 5, 2008__

Judge's signature

William T. Moore, Jr.
Chief Judge, U.S. District Court

Effective Date: _____
(if different from order date)        Printed name and title